IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31241
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

S. PATRICK PHILLIPS,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 92-CR-50017-ALL
- - - - - - - - - -
June 21, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

S. Patrick Phillips, #2106-077, appeals the denial of his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2). Phillips argues that Amendment 484 precluded the district court from basing his sentence on the seized amount of phenylacetic acid, a precursor chemical to the manufacture of methamphetamine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

court.   See United States v. Phillips, No. 92-CR-50017-ALL (W.D.

La. Nov. 20, 1995).

AFFIRMED.